```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                     MIAMI DIVISION
              CASE NO. 06-20612-CR-GRAHAM
```

UNITED STATES OF AMERICA

       Plaintiff,

vs.

MIRIAM MORENO,

       Defendant.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge John O'Sullivan, on December 5, 2006. A Report and Recommendation filed on December 6, 2006 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge John O'Sullivan, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Count One of the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of January, 2007.

                                        _____
                                        DONALD L. GRAHAM
                                        UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge John O'Sullivan
        Dan Bernstein, AUSA
        Nelson Rodriguez-Varela, Esq.
```